UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| NATHANIEL KEITH SINGLETON<br>FED. REG. NO. 34438-018<br>VS. | CIVIL ACTION NO. 2:10-cv-0191<br><br>SECTION P<br><br>JUDGE MINALDI |
| WARDEN, FCI ESTILL | MAGISTRATE JUDGE KAY |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this ___ day of _____, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE